**STEVENS v. GUZMAN**

[354 N.C. 214 (2001)]

JETTIE RUTH STEVENS v. JACINTO HERRERA GUZMAN

No. 97PA01

(Filed 5 October 2001)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 140 N.C. App. 780, 538 S.E.2d 590 (2000), dismissing plaintiff's appeal of a judgment signed 1 March 1999, an order entered 4 June 1999, and orders rendered orally on 26 February and 29 March 1999 by Ammons, J., in Superior Court, Wake County. Heard in the Supreme Court 12 September 2001.

*E. Gregory Stott for plaintiff-appellant.*

*Baker, Jenkins & Jones, P.A., by Kevin N. Lewis and Roger A. Askew; and Jodee Sparkman Larcade, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice EDMUNDS did not participate in the consideration or decision of this case.